IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00542-GEB |
| Plaintiff, | ) ) | ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
| v. | ) ) | |
| JOSEPH CANTRELLE, | ) ) | |
| Defendant. | ) ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment, Petition to Seal, and Order to Seal previously filed in the above-captioned case be and are hereby unsealed.

Dated: December 27, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE