1  Michael J. Aye, SBN 96288
   Attorney at Law
2  117 J Street, Suite 202
   Sacramento, CA 95814-2212
3  (916) 447-1278

4  Attorney for Defendant
   Joseph Cantrelle
5

6
              IN THE UNITED STATES DISTRICT COURT
7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  United States of America,      )    CASE NO. 2:11-CR-0542 GEB
                                  )
10           Plaintiff,            )    JOINT STIPULATION AND
                                  )    REQUEST TO CONTINUE HEARING
11                                )    AND EXCLUDE TIME
   vs.                            )
12                                )
   Joseph Canterlle,              )    Date:  March 30, 2012
13                                )    Time:  9:00 a.m.
             Defendant.            )    Judge: Garland E. Burrell, Jr.
14 _____)

15     JOSEPH CANTRELLE, by and through his counsel, Michael Aye, and
16 the United States Government, by and through its counsel, Miclelle
17 Prince, Assistant United States Attorney, hereby stipulate and
18 agree to vacate the previously scheduled Status Conference Date of
19 March 30, 2012 and re-set the status conference date to June 1,
20 2012 9:00 a.m.

21     The defense needs additional time to review discovery that his
22 held by the government in this case. Without reviewing the relevant
23 material the defense cannot proceed to trial or settlement
24 negotiations.

25     It is further stipulated and agreed between the parties that
26 the period beginning March 30, 2012 to June 1, 2012, should be
27 excluded in computing the time within which the trial of the above
28 criminal prosecution must commence for purposes of the Speedy Trial

Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4).

                                        Respectfully submitted,

/s/ Michael Ave
Attorney at Law
Attorney for Defendant
JOSEPH CANTRELLE

Dated: March 28, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Michelle Princ
MICHELLE PRINCE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: March 28, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge