Michael J. Aye, SBN 96288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
(916) 447-1278

Attorney for Defendant
Joseph Cantrelle

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-CR-0542 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) PROTECTIVE ORDER CONCERNING |
|  | ) DIGITAL MEDIA CONTAINING CHILD |
| Joseph Cantrelle | ) PORNOGRAPHY |
| Defendant. | ) |

PROPOSED ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Federal Bureau of Investigation shall make a duplicate copy of the hard drive and any other storage media available for defense analysis;

2. The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Michael J. Aye, to review at Federal Bureau of Investigations offices in Sacramento, California, for the purposes of preparing for the defense of the above-entitled action. The images on the hard drive and storage media shall not be viewed by any other person;

3. In the even that counsel for defendant elects to have the hard drive further inspected by a retained forensic expert, an additional

1

order shall be sought by the defense for that purpose and this initial review by counsel is, in part, for the purpose of ascertaining whether it is necessary for the defense to incur the expenses of such an expert;

4. A private room will be provided for the defense examination. No Government agents will be inside the room during the examination. Such room shall be made available to defense counsel during all regular business hours;

5. Counsel will be permitted to bring whatever equipment, books or records he believes may be necessary to conduct the examination;

6. Neither the defendant, defense attorneys nor the defense paralegal shall remove the hard drive or other storage media from the confines of the law enforcement office.

7. With the exception of materials that would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), counsel may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. Counsel will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, and that he has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

8. Except when counsel fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items used by said attorney in order to conduct the defense analysis. Should defense counsel fail to certify that counsel has not copied or removed child pornography, or data capable of being converted into child pornography, Government

agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

9. When the defense indicates that it is finished with its review of the copy of the hard drive or other storage devices, it shall be "wiped" clean.

10. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

**IT IS SO ORDERED.**

Date: April 16, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-0542 GEB |
| Plaintiff, | ) | |
| v. | ) | |
| Joseph Cantrelle | ) | |
| Defendant. | ) | |

CERTIFICATION

I, Michael J. Aye, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Dated: _____                    _____