BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. CR 2:11-cr-00542 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION RE: CONTINUANCE |
| | ) | OF STATUS CONFERENCE |
| v. | ) | AND ORDER |
| | ) | |
| JOSEPH CANTRELLE, | ) | |
| | ) | |
| Defendant. | ) | Date: July 20, 2012 |
| | ) | Time: 9:00 a.m. |
| | ) | |

It is hereby stipulated by and between the United States of America through Michelle A. Prince, Assistant United States Attorney, and Joseph Cantrelle, by and through his counsel, Michael J. Aye, that the status conference currently set for June 1, 2012, be continued to July 20, 2012, due to defense counsel Michael Aye requesting additional time to do a more complete forensic review of the computer involved in this case.

Therefore, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial, and that time under the Speedy trial Act should therefore be excluded

[Click & begin typing ]

under Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv) and Local Code T-4 from the date of the parties' stipulation, May 31, 2012, to and including July 20, 2012.

DATED: May 31, 2012
/s/ Michelle A. Prince for
MICHAEL J. AYE, ESQ.
Attorney for Defendant

/s/ Michelle A. Prince
MICHELLE A. PRINCE
Assistant U.S. Attorney

The above stipulation of counsel is accepted.

IT IS SO ORDERED.

**Date: 5/31/2012**

GARLAND E. BURRELL, JR.
United States District Judge

[Click & begin typing ]