```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. No 2:11-cr-0542 GEB
12           Plaintiff,          )
                                 )   STIPULATION AND [PROPOSED] ORDER
13                               )   CONTINUING STATUS CONFERENCE
                                 )
14       v.                      )
                                 )
15  JOSEPH CANTRELLE,            )
                                 )
16                               )
             Defendant.          )
17  _____)
18
```

19     Joseph Cantrelle, by and through his counsel, Michael Aye
20 and the United States Government, by and through its counsel,
21 Michelle A. Prince, Assistant United States Attorney, hereby
22 stipulate and agree to vacate the previously scheduled Status
23 Conference date of September 7, 2012 and re-set the status
24 conference date to October 12, 2012 at 9:00 a.m.
25     The parties are currently negotiating a disposition by way
26 of a plea agreement.  Mr. Aye will need adequate time to discuss
27 the offer with his client, before having to set his case for
28 trial.  It is further stipulated and agreed between the parties

1

that the period beginning September 7, 2012 to October 12, 2012 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, § 3161(h)(7)(B)(iv); Local Code T4.

**IT IS HEREBY ORDERED:**

1. A status conference as to defendant Cantrelle is set for October 12, 2012 at 9:00 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through October 12, 2012.

IT IS SO ORDERED

Dated: September 7, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

2