Michael J. Aye, SBN 96288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
(916) 447-1278

Attorney for Defendant
Joseph Cantrelle

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CASE NO. 2:11-CR-0542 GEB |
| Plaintiff, | JOINT STIPULATION AND REQUEST TO CONTINUE HEARING AND EXCLUDE TIME |
| vs. | |
| Joseph Canterlle, | Date: October 12, 2012 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

JOSEPH CANTRELLE, by and through his counsel, Michael Aye, and the United States Government, by and through its counsel, Miclelle Prince, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of October 12, 2012 and re-set the status conference date to November 2, 2012 9:00 a.m.

The defense needs additional time to consider the Government's offer that has just been communicated to counsel for Defendant. Counsel for Defendant is currently in an extended trial in state court that is projected to possibly go as late as October 25, 2012. Without the additional time, defense counsel cannot adequately advise his client concerning the acceptance or rejection of the Government's offer.

It is further stipulated and agreed between the parties that

the period beginning October 12, 2012 to November 2, 2012, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4) .

Respectfully submitted,

/s/ Michael Ave
Attorney at Law
Attorney for Defendant
JOSEPH CANTRELLE

Dated: October 5, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Michelle Prince
MICHELLE PRINCE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: October 5, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge