1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:    (916) 554-2787
   Facsimile:    (916) 554-2900
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-cr-542-GEB |
|---|---|
| Plaintiff, | ) **ORDER CONTINUING RESTITUTION** |
| | ) **HEARING** |
| v. | ) |
| JOSEPH CANTRELLE, | ) |
| Defendant. | ) |

The Court has read and considered the Stipulation for Continuance of Restitution Hearing, filed by the parties in this matter on March 22, 2013. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for continuing the hearing.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The restitution hearing is continued to April 12, 2013, at 9:00 A.M.

2. The parties and the victims shall file their briefs concerning the amount of restitution that should be awarded by no later than April 3, 2013.

///

3. The Clerk of the Court shall serve a copy of this order on counsel for the victims by mail and facsimile as follows:

> Paul Cassell, Esq.
> University of Utah
> S.J. Quinney College of Law
> 332 S. 1400 E., Room 101
> Salt Lake City, UT 84112
> Facsimile: (801) 581-6897
>
> James R. Marsh, Esq.
> Marsh Law Firm PLLC
> PO Box 4668 #65135
> New York, NY 10163-4668
> Facsimile: (212) 372-3030
>
> Carol L. Hepburn, Esq.
> 2722 Eastlake Avenue E, Suite 200
> Seattle, WA 98102-3143
> Facsimile: (206) 957-7273

IT IS SO ORDERED.

Dated: March 22, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge